UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHIM NHOR,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 1:05-cv-01500-AWI-SMS<br><br>**ORDER DENYING PLAINTIFF'S "SUPPORTING AFFIDAVIT" CONSTRUED AS AN APPLICATION/MOTION TO PROCEED IN FORMA PAUPERIS** (Doc. 2)<br><br>**ORDER DIRECTING PLAINTIFF TO EITHER PAY $250.00 FILING FEE -OR- FILE AN APPROPRIATE AND COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915**<br><br>**ORDER DIRECTING CLERK TO SEND PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION FORM FOR A PERSON NOT IN CUSTODY** |

    Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security denying an application for benefits.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On November 22, 2005, plaintiff filed a complaint.  However, plaintiff has neither paid the $250.00 filing fee nor submitted

1

an appropriate and complete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Before this case may proceed, plaintiff is required to either pay the filing fee OR otherwise appropriately apply to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED:

1. That plaintiff's "Supporting Affidavit" construed as an application/motion to proceed in forma pauperis is DENIED as it does not establish that plaintiff is entitled to proceed in forma pauperis;

2. That plaintiff either pay the $250.00 filing fee -OR- otherwise file an appropriate and complete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 by **January 23, 2006**; and,

3. The Clerk of Court send plaintiff, together with a copy of this order, a copy of a blank application to proceed in forma pauperis form for a person not in custody.

**Plaintiff is informed that the court will not proceed with this case unless and until either condition in No. 2 above is met. Plaintiff is further informed that failure to timely comply with this order, within the meaning of Local Rule 11-110, may result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   December 23, 2005**             /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE

2