```
Bobby J. Neal - 074828
P. O. Box 610
Denair, CA 95316
Telephone: (209) 667-2606

Attorney for Plaintiff
```

FILED

MAR 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERRN DISTRICT OF CALIFORNIA

AT FRESNO

NHIM NHOR            )
SSN: --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   )
                     )   1:05-CV-01500-AWI-SMS
    Plaintiff,       )   REQUEST AND ORDER FOR VOLUNTARY DISMISSAL
                     )
    vs.              )
                     )
JO ANNE B. BARNHART, )   [permission to paper file given]
Commissioner of      )   [by Frances Robles                ]
Social Security,     )
                     )
    Defendant.       )

IT IS REQUESTED that the Civil Action filed on November 20, 2005, on behalf of Plaintiff be dismissed. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: March 10, 2006

*Bobby J. Neal*
Bobby J. Neal
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: 3/13/06

*SANDRA M. SNYDER*
SANDRA M. SNYDER
United States Magistrate Judge